# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Zackary R. Hall<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.    2:11-mj-00130<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 24, 2011_____ in the county of _____Kanawha_____ in the

_____Southern_____ District of _____West Virginia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 922(g)(3) | Unlawful drug user or addict in possession of a firearm |

This criminal complaint is based on these facts:

```
On or about November 24, 2011, deputies responded to a residence in Belle, West Virginia,
to investigate a disturbance call.  They observed defendant choking a woman.  Defendant was
arrested and found to be in possession of clonazepam, hydrocodone, a pill grinder, straw,
and 2 empty "bath salts" containers.  Police recovered a Smith & Wesson .32 caliber revolver
from the ground near defendant.  Witnesses stated that defendant was pointing the revolver
at people in the residence. On December 3, 2011, defendant was arrested again when deputies
responded to a disturbance call and found to be in possession of a variety of controlled
substances and admitted taking them without prescription.  The West Virginia Secretary of
State's Office has confirmed that Smith & Wesson has never manufactured firearms in West
Virginia.
```

☐ Continued on the attached sheet.

_____
*Complainant's signature*

R.D. Meadows, Deputy KCSD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____Dec 15, 2011_____

_____
*Judge's signature*

City and state: _____Charleston, West Virginia_____

Mary E. Stanley, United States Magistrate Judge
*Printed name and title*